UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

JOSEPH S. ELDER
    P.O. Box 141
    Poquonock, CT   6065
    Plaintiff,

against

THE WASHINGTON TIMES, LLC
    3600 New York Avenue NE
    Washington, D.C. 20002,

TRONC, INC.,
    435 North Michigan Avenue
    Chicago, Illinois  60601

NEXSTAR MEDIA GROUP, INC.
    545 E. John Carpenter Freeway
    Suite 700, Irving, Texas  75062

TRIBUNE BROADCASTING, LLC
    435 North Michigan Avenue
    Chicago, Illinois 60611

and

TRIBUNE MEDIA COMPANY
    435 North Michigan Avenue
    Chicago, Illinois  60611
        Defendants

Case No. 3:17-cv-01285 WWE

**SIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1))(A)(ii)**

---

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel that the above captioned action, including all Claims and Counterclaims, if any, is voluntarily dismissed, with prejudice, against the Defendant The Washington Times LLC

pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

_____
Joseph S. Elder, Esq
*Attorney for Plaintiff*
P.O. Box 141
Poquonock, CT  06064
860 296-3247
jselderesq@msn.com

_____
Robert J. Gumenick, Esq.
*Attorney for The Washington Times LLC-Defendant*
(ct. phv 05482)
260 Madison Avenue, 17th Floor
New York, New York  10016
(212) 608-7478
robert@gumenicklaw.com

Dated: _____

Dated: 12/13/17