providers and the brands of those [illegible] content, products, services, or functionalities, we may share any information you provide or that is collected during your use of those Services with those providers.

## 9. Collection of certain information by third parties through our Services

[illegible]

## 10. Use of the Services by users from outside the United States

[illegible]

## 11. Use of the Services by children.

[illegible]

## 12. How to contact us.

[illegible]

## 13. Your California privacy rights.

[illegible]

## 14. No rights of third parties.

[illegible]

# PRIVACY POLICY AND YOUR PRIVACY RIGHTS

[illegible]

[illegible]

[illegible]

[illegible]

1. [illegible]
2. [illegible]
3. [illegible]
4. [illegible]
5. California Do Not Track Disclosure [illegible]
6. How you can access [illegible]
7. [illegible]
8. [illegible]
9. [illegible]
10. [illegible]
11. [illegible]
12. [illegible]
13. Your California privacy rights
14. [illegible]
15. Changes to this Privacy Policy

## 1. The information we collect and how we collect it

[illegible]

1.1 Information you provide

[illegible]

- [illegible]
- [illegible]
- [illegible]
- [illegible]
- [illegible]
- [illegible]